

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RTS
Discharged

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS





UNITED STATES POSTAGE

PITNEY BOWES

02 1M
0004279596          JAN 14 20
MAILED FROM ZIP CODE 78

RE: WR-82,390-01

ANDREW EARL WHEELER
DC # 1937752

ANK